**SANDERS LAW GROUP**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 121929
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Carta,<br><br>　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>Kaley Christine Cuoco,<br><br>　　　　　　　Defendant(s). | Case No. 2:21-cv-05681-SVW-PVC<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

  Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff John Carta ("Plaintiff"), hereby requests that the Clerk of the Court enter default against Defendant Kaley Christine Cuoco ("Defendant"), on the ground that said Defendant has failed to appear or otherwise respond to Plaintiff's Summons & Complaint ("Complaint") within the time prescribed by Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

  On August 16, 2021, a true and correct copy of the Summons, Civil Cover Sheet and Complaint were served upon the Defendant (Dkt. No. 10). Defendant was required to file an answer or responsive pleading in this action on or before September 7, 2021. (*Id.*) To date, however, Defendant has failed to file any responsive pleading or otherwise appear in this action, and Defendant has not requested any extension of time to respond. Therefore, Plaintiff hereby respectfully requests that the Clerk enter a Certificate of Default against Defendant.

1
PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
Case No. 2:21-cv-05681-SVW-PVC

The above-stated facts are set forth in the accompanying Declaration of Craig B. Sanders, filed herewith.

Dated: October 4, 2021

**SANDERS LAW GROUP**

By: */s/ Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 121929
*Attorneys for Plaintiff*

To:
Kaley Christine Cuoco
Hidden Hills, California 91302

**SANDERS LAW GROUP**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 121929
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Carta, <br><br> Plaintiff(s), <br><br> v. <br><br> Kaley Christine Cuoco, <br><br> Defendant(s). | Case No. 2:21-cv-05681-SVW-PVC <br><br> **DECLARATION OF CRAIG B. SANDERS IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |

I, CRAIG B. SANDERS, declare:

1. I am a member of the Bar of this Court and am a partner with the law firm of Barshay Sanders, attorneys for Plaintiff John Carta ("Plaintiff"), in the above-captioned action.

2. I have personal knowledge of the facts set forth in this Declaration and would testify as to them in a court of law if required to do so.

3. I respectfully submit this Declaration in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, in support of Plaintiff's application for a certificate of default against Defendant Kaley Christine Cuoco ("Defendant").

4. This is an action seeking damages against Defendant arising from its unauthorized use of Plaintiff's photographs on their website, www.feelthepiece.com (the "Website") and the infringement of Plaintiffs' copyrights in accordance with 17

1

BARSHAY SANDERS, PLLC

1. U.S.C. § 501 *et seq*.

5. Jurisdiction of the subject matter of this action is based upon 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331.

6. This Court has personal jurisdiction over Defendant because Defendant's principal place of business is in California, and thus, has consented to personal jurisdiction in California.

7. The Complaint in this action was filed on July 14, 2021(Dkt. 1).

8. A true and correct copy of the Summons, Civil Cover Sheet and Complaint were served upon the Defendant via substituted service on Corinna Root, an authorized agent legally able to accept service on August 16, 2021 (Dkt 10).

9. On August 20, 2021 Proof of Service was filed with the Court. (*Id*).

10. Consequently, an answer or responsive pleading was due from Defendant on or before September 7, 2021. (*Id.*).

11. However, to date, Defaulting Defendant has not answered or otherwise responded to Plaintiff's Complaint and the time for Defaulting Defendant to do so has expired.

12. This action seeks judgment against Defaulting Defendant for statutory damages and Plaintiff's costs and attorneys' fees in prosecuting this action.

13. Inasmuch as Defendant has failed to plead or otherwise defend in this action, it is respectfully requested that a default be entered against Defendant.

14. Defendant is not in the military, infants, or incompetents.

15. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 4, 2021 in Garden City, New York

**SANDERS LAW GROUP**

By: _/s/ Craig B. Sanders_
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 121929
*Attorneys for Plaintiff*

**SANDERS LAW GROUP**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 121929
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Carta,<br><br>    Plaintiff(s),<br><br>v.<br><br>Kaley Christine Cuoco,<br><br>    Defendant(s). | Case No: 2:21-cv-05681-SVW-PVC |

I hereby certify that on October 4, 2021 a copy of the foregoing Request for Entry of Default and Declaration in Support of Plaintiff's Request for Entry of Default were filed electronically and were served on Defendant Kaley Christine Cuoco, by mail at:

Kaley Christine Cuoco
Hidden Hills, California 91302

Notice of this filing will be also sent by e-mail to all attorneys of record for the parties by operation of the Court's electronic filing system.

                                      */s/ Craig B. Sanders*
                                      Craig B. Sanders, Esq.

BARSHAY SANDERS, PLLC

CERTIFICATE OF SERVICE
Case No. 2:21-cv-05681-SVW-PVC